DATE ___12/3/2019_____
LOCATION _Plano_____
JUDGE ___Kimberly C. Priest Johnson___
DEPUTY CLERK ___Toya McEwen____
COURT REPORTER _Digital Recording__
USPO: _Fred Forman_____
Interpreter: _Not Required_____
BEGIN: _____1:57 pm_____

CASE NUMBER ___9:19-cr-024 RC/ZJH___
USA ____Lauren Elizabeth Gaston_____ Assigned

V ___Andrew Stover_____ Appeared

GARY FELDMAN_____
Defendant
_Michelle Allen-McCoy, FD_____
Attorney

☑    INITIAL APPEARANCE
☑    ARRAIGNMENT
☐    DETENTION HEARING

☑   Hearing Held    ☐    Hearing Called    ☑    Defendant Sworn     ☐    Interpreter Required

☑   Dft appears: ☐ with counsel    ☑ without counsel    ☐ pro se    ☐ Counsel appears on behalf of defendant

     Appears on: ☑ Indictment

☑   Defendant is the person as named in the Indictment.

☐   Defendant is NOT the person as named in the Indictment, _____ name given.

☑   Date of arrest: _12/3/2019 (self-surrender)_ (Other district court & case #) _____

☑   Dft    ☐ found competent by the Court to proceed with hearing

         ☑ advised of charges      ☑ advised of maximum penalties      ☑ waived reading of indictment

         ☑ advised of right to counsel      ☑ received copy of indictment      ☐ indictment read

☐   Dft first appearance with counsel ☐ CJA appointed ☐ Retained ☐ Federal Public Defender appointed

     Attorney: _____

☐   Dft     advises the Court that he/she ☐ has counsel who is _____ or, ☐ will hire counsel.

☐   If dft cannot retain counsel, the court is to be advised within _____ days so counsel may be appointed.

☑   Dft     Requests appointed counsel, is sworn & examined re: financial status.

☑   Financial affidavit executed by dft. The court finds the defendant ☐ able ☑ unable to employ counsel.

☐   _____ appointed      ☑ . U.S. Pub Defender _Michelle Allen-McCoy_ appointed

☐   USA  ORAL motion for detention

☐   USA  ORAL motion for continuance    ☐    Oral Order granting continuance ☐    Oral Order denying continuance

☐   Defendant ORAL motion to continue detention hearing

☐   Oral Order granting continuance    ☐ Oral Order denying continuance

☐   Detention Hrg set _____

☐   Arraignment set _____

☑   Order setting conditions of release    ☐ PR Bond executed

☐   Detention Hearing waived.

☐   Court found Waiver of detention hearing is knowingly and voluntarily given. Defendant detained based on signed Waiver.

☐   Defendant _____ remanded to custody of U.S. Marshal.

☐   Dft motion _____

☐   Gvt motion _____

**CRIM 92-116**          ☐   See reverse/attached for additional proceedings        _____ Adjourn

☐ Defendant failed to appear   ☐ oral order for arrest warrant   ☐ bond forfeited

## ARRAIGNMENT

☐ Arraignment held .   ☐ Arraignment called.   ☐ Arraignment reset: _____

☑ Dft   ☑ with counsel   ☐ without counsel   ☐ pro se   ☐ Counsel appears on behalf of defendant

☑ Dft   ☑ received copy of charges   ☐ discussed charges with counsel   ☐ charges read
           ☑ waived reading of charges   ☐ advised of maximum penalties

Dft enters a plea of: ☑ not guilty   ☐ guilty   ☐ nolo
to counts: ☑ 1   ☐ 2   ☐ 3   ☐ 4   ☐ 5   ☐ 6   ☐ 7   ☐ 8   ☐ 9   ☐ 10   ☐ 11   ☐ 12 _____
☐ all counts

☑ Pretrial Discovery and Inspection Order to be entered.  Case set for final pretrial conference / jury selection and trial setting  on :
**Tuesday, January 21, 2020, at 2:00 pm in United States Courthouse before Magistrate Judge Keith Giblin in Beaumont, Texas**

☐ _____.

☐ Defendant motion _____.

☐ Defendant remanded to custody USM          ☑ Defendant RELEASED on conditions of release after out-processing by USMO

☑ Recess _2:08 pm_